United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAY JOHNSON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KEVIN HIXON,<br><br>　　　　　Respondent. | Case No. 25-cv-09469-JST<br><br>**ORDER OF TRANSFER**<br>Re: ECF No. |

Petitioner, an inmate at North Kern State Prison in Delano, California, has filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his sentence, specifically the enhancement for firearm use. *See generally* ECF No. 1. Petitioner's conviction was obtained in Yuba County, which is in the Eastern District of California, and he is incarcerated in Kern County, which is also in the Eastern District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). A petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N.D. Cal. Habeas L.R. 2254-3(b); *see also Dannenberg v. Ingle*, 831 F. Supp. 767, 767-68 (N.D. Cal. 1993). Here, Petitioner was convicted and sentenced in the Eastern District of California. *See* 28 U.S.C. § 84(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: November 12, 2025

_____
JON S. TIGAR
United States District Judge